

Nicholas Marritz
Staff Attorney

December 8, 2017

Clerk's Office
U.S. District Court, Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

**Re:** *Nolasco v. Huong Binh Foods, Inc.*

Dear Clerk's Office:

Plaintiff will seek waiver of service of the Complaint under Fed. R. Civ. P. 4(d). Once the complaint has been assigned a case number, I will send notices, waiver forms, and copies of the Complaint to both defendants at the following three addresses:

> 5604 Bouffant Blvd.
> Alexandria, VA 22311
>
> 6781 Wilson Blvd.
> Falls Church, VA 22044
>
> 17024 Barn Ridge Dr.
> Silver Spring, MD 20906-1106

Please contact me with any questions.

Sincerely,

Nicholas Marritz
*Attorney for Maria Rosibel Nolasco*