# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Maria Rosibel Nolasco <br> *Plaintiff* <br> v. <br> Huong Binh Foods, Inc. et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 1:17-01407 LO-TCB <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Huong Binh Foods, Inc. and Mr. Quang Le

Date: 01/20/2018

*Attorney's signature*

Howard B. Hoffman, Esq. VA Bar 88694
*Printed name and bar number*

600 Jefferson Plaza, Ste. 304
Rockville, Maryland 20852

*Address*

hhoffman@hoholaw.com
*E-mail address*

(301) 251-3752
*Telephone number*

(301) 251-3753
*FAX number*