# LEGAL AID JUSTICE CENTER

Nicholas Marritz
Staff Attorney



January 16, 2018

Clerk's Office
United States District Court
Eastern District of Virginia
401 Courthouse Sq.
Alexandria, Va. 22314

**Re: Waiver of Service in**
*Nolasco v. Huong Binh Foods, Inc.*, **1:17-cv-1407-LO-TCB**

Dear Clerk's Office:

Defendants have each waived service of a summons in this matter. The original signed waiver forms are enclosed.

Please contact me with any questions.

Sincerely,

Nicholas Marritz
*Counsel for Plaintiff Maria Rosibel Nolasco*

6066 Leesburg Pike, Suite 520, Falls Church, VA 22041 | www.justice4all.org
Phone: 703-720-5607 | Fax: 703-778-3454 | email: nicholas@justice4all.org