**IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| Maria Rosibel Nolasco | * | |
|     Plaintiff | * | |
| v. | * | Case No.: 1:17-cv-01407-LO-TCB |
| Huong Binh Foods, Inc., et al. | * | |
|     Defendants | * | |

\*   \*   \*   \*   \*   \*   \*

## ORDER

AND NOW, this _____ day of _____, 20\_\_\_, upon consideration of Consent Motion for Extension of Time, it is hereby ORDERED that the Consent Motion is GRANTED.

The parties shall have until February 20, 2018 to file their Joint Motion for Approval of FLSA Settlement ("Joint Motion"). If the settlement is not consummated by that time, or no Joint Motion is filed, Defendants shall file their Answer or other response on February 19, 2018.

If, after consideration of the Joint Motion, the Court denies the Joint Motion, Defendants shall file an Answer or other response within three (3) business days of the Court's ruling.

**SO ORDERED.**

                                                                  Judge Liam O'Grady
                                                                  U.S. District Court for the
                                                                  Eastern District of Virginia

cc:    Clerk of the Court
         Counsel (via ECF)