IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| Maria Rosibel Nolasco | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1:17-cv-01407-LO-TCB |
| Huong Binh Foods, Inc., et al. | * | |
| Defendants | * | |

* * * * * * *

## JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

Plaintiff, Ms. Maria Rosibel Nolasco, together with Defendants, Huong Binh Foods, Inc. and Mr. Quang Le ("Defendants"), respectfully request that the Court approve a settlement agreement that the parties have reached concerning Plaintiff's lawsuit seeking overtime under the Fair Labor Standards Act, 29 U.S.C. § 207. The Parties seek Court approval of this Agreement because claims under the FLSA, like those released by the Plaintiff in the Settlement Agreement that all parties have entered into, may not be waived or released without U.S. Department of Labor or Court approval.

Respectfully submitted,

/s/ (signed with permission)
Nicholas Cooper Marritz, Esq.
Virginia Bar. No. 89795
Legal Aid Justice Center
6066 Leesburg Pike, Ste. 520
Falls Church, Virginia 22041
(703) 778-3450 [tele]
(703) 778-3454 [fax]
nicholas@justice4all.org

*Counsel for Plaintiff*

/s/
Howard B. Hoffman, Esq.
Virginia Bar No. 88694
Attorney at Law
600 Jefferson Plaza, Suite 304
Rockville, Maryland 20852
(301) 251-3752 [tele]
(301) 251-3753 [fax]
hhoffman@hoholaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this day of 20th day of February, 2018, a copy of the foregoing Joint Motion for Approval of FLSA Settlement, was filed via with the Clerk of the Court for the U.S. District Court for the Eastern District of Virginia using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Nicholas Cooper Marritz, Esquire
>Legal Aid Justice Center
>6066 Leesburg Pike, Suite 520
>Falls Church, Virginia 22041

>*/s/ Howard B. Hoffman*
>Howard B. Hoffman