IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| Maria Rosibel Nolasco | * | |
|     Plaintiff | * | |
| v. | * | Case No.: 1:17-cv-01407-LO-TCB |
| Huong Binh Foods, Inc., et al. | * | |
|     Defendants | * | |

\* \* \* \* \* \* \*

## JOINT REQUEST FOR WAIVER OF HEARING REGARDING MOTION TO APPROVE FLSA SETTLEMENT

To avoid increased attorney's fees and costs associated with the continued litigation of this matter, pursuant to Local Rule 7(E), the Plaintiff and Defendants do hereby file this Joint Request for Waiver of Hearing Regarding the Joint Motion to Approve the FLSA Settlement and agree to the submission of the Unopposed Joint Motion without oral argument.

Respectfully submitted,

| | |
|---|---|
|    /s/ (signed with permission) | /s/ |
| Nicholas Cooper Marritz, Esq. | Howard B. Hoffman, Esq. |
| Virginia Bar. No. 89795 | Virginia Bar No. 88694 |
| Legal Aid Justice Center | Attorney at Law |
| 6066 Leesburg Pike, Ste. 520 | 600 Jefferson Plaza, Suite 304 |
| Falls Church, Virginia 22041 | Rockville, Maryland 20852 |
| (703) 778-3450 [tele] | (301) 251-3752 [tele] |
| (703) 778-3454 [fax] | (301) 251-3753 [fax] |
| nicholas@justice4all.org | hhoffman@hoholaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

February 20, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on this day of 20th day of February, 2018, a copy of the foregoing Joint Request to Waive Hearing, was filed via with the Clerk of the Court for the U.S. District Court for the Eastern District of Virginia using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Nicholas Cooper Marritz, Esquire
>Legal Aid Justice Center
>6066 Leesburg Pike, Suite 520
>Falls Church, Virginia 22041

>*/s/ Howard B. Hoffman*
>Howard B. Hoffman