IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| Maria Rosibel Nolasco | * | |
|     Plaintiff | * | |
| v. | * | Case No.: 1:17-cv-01407-LO-TCB |
| Huong Binh Foods, Inc., et al. | * | |
|     Defendants | * | |

\* \* \* \* \* \* \*

## ORDER

Pending before the Court is the Parties' Joint Motion for Approval of FLSA Settlement ("Joint Motion"). After consideration and review of the Parties' Joint Motion and the accompanying Settlement Agreement, it is hereby:

**ORDERED**, that the Settlement Agreement is **APPROVED** as a fair and reasonable resolution of the parties' Fair Labor Standards Act ("FLSA") dispute;

**ORDERED**, that the Parties' Joint Motion is **GRANTED**;

**FURTHER ORDERED**, Plaintiff's claims shall be DISMISSED with prejudice; and that the Clerk of Court will CLOSE this case.

Date: Feb 20, 2018

_____
Hon. Liam O'Grady
U.S. District Court Judge

FILED FEB 20 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA